IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

EDDIE LEONARDO DAVIS,      )
                           )
       Plaintiff,          )
                           )
v.                         )   CV 310-043
                           )
BEANU PAC, et al.,         )
                           )
       Defendants.         )

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, a former inmate at Montgomery State Prison located in Mt. Vernon, Georgia, filed the above-captioned case pursuant to 42 U.S.C. § 1983. Plaintiff is *pro se* and paid the $350.00 filing fee simultaneously with filing his complaint on May 5, 2010. The matter is now before the Court on the September 7, 2010 Order to show cause why this case should not be dismissed without prejudice for Plaintiff's failure to effect service on the defendants. (Doc. no. 4.)

Because he is proceeding *pro se*, the Court provided Plaintiff with some basic instructions regarding the development and progression of his case on May 10, 2010. (Doc. no. 3.) In those instructions, the Court explained that Plaintiff is responsible for serving the defendants and explained how service could be accomplished. (Id. at 1-2.) Moreover, the Court specifically informed Plaintiff that under Fed. R. Civ. P. 4(m), he had 120 days from the date his complaint was filed to accomplish service and that the failure to accomplish

service could result in dismissal of defendants from this lawsuit. (Id. at 2.)

On September 7, 2010, the Court directed Plaintiff to show cause why this case should not be dismissed because none of the defendants had been timely served. (Doc. no. 4.) Plaintiff did not respond to the Court's September 7th Order.

The time for effecting service has expired. As all of the defendants remain unserved, the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED** without prejudice for failure to effect service. See Schnabel v. Wells, 922 F.2d 726, 728-29 (11th Cir. 1991).

SO ORDERED this 5th day of October, 2010, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE