ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EDDIE LEONARDO DAVIS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 310-043<br>) |
| BEANU PAC, et al., | )<br>) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to effect service, and this civil action is **CLOSED**.

SO ORDERED this 25th day of October, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE